NO. 07-06-0403-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 31, 2006

______________________________

FRANK GARCIA, APPELLANT

V.

LYDIA GOMEZ, APPELLEE

_________________________________

FROM THE 72
ND
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2003-523,605; HONORABLE WILLIAM SOWDER, JUDGE

_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION

Appellant Frank Garcia filed a notice of appeal on October 6, 2006.  He did not pay the filing fee required under the Rules of Appellate Procedure or file an affidavit of indigence in conformity with Rule of Appellate Procedure 20.1.  Nor did he file a docketing statement as required by Rule of Appellate Procedure 32.1.  By letter from this Court dated October 10, 2006, we advised appellant “the filing fee in the amount of $125.00 has not been paid.  Failure to pay the filing fee within ten (10) days from the date of this notice may result in dismissal.”  
Tex. R. App. P.
 42.3(c).  The letter also directed him to file a docketing statement within ten days. Appellant has not filed a docketing statement, paid the fee as directed or filed an affidavit of indigence.  Accordingly, we dismiss the appeal.  
Tex. R. App. P.
 42.3(c), 5.

James T. Campbell

          Justice